UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

EDWARD BARFIELD,
    Plaintiff,

vs.

RON ERDOS, et al.,
    Defendants.

Case No. 1:15-cv-696
Beckwith, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court on plaintiff's motions for reconsideration. (Docs. 20, 21). Plaintiff seeks reconsideration of the Court's December 31, 2015 Order and Report and Recommendation. (Doc. 14).

As a general rule, motions for reconsideration are not favored unless the movant demonstrates: "(1) a manifest error of law; (2) newly discovered evidence which was not available previously to the parties; or (3) intervening authority." *Meekison v. Ohio Dep't of Rehabilitation and Corr.*, 181 F.R.D. 571, 572 (S.D. Ohio 1998) (citing *Harsco Corp. v. Zlotnicki*, 779 F.2d 906, 909 (3d Cir. 1985)). The Court has carefully reviewed plaintiff's motion and the authorities cited therein. In this case, there is no intervening change of controlling law, nor has plaintiff submitted new evidence. The Court is not aware of any need to correct a clear error or to prevent manifest injustice. Instead, plaintiff has simply reargued the issues upon which he was not successful before this Court.

Accordingly, it is hereby **ORDERED** that plaintiff's motions for reconsideration (Docs. 20, 21) are **DENIED**.

    **IT IS SO ORDERED.**

Date: 2/12/16

*Karen L. Litkovitz*
Karen L. Litkovitz
United States Magistrate Judge