**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Edward Barfield,
    Plaintiff

v.                                          Case No.  1:15-cv-696

Ron Erdos, et al.,
    Defendants

# ORDER

      This matter is before the Court on the Magistrate Judge's Report and Recommendation filed September 22, 2016 (Doc. 55), concerning plaintiff's fifth and sixth motions for leave to amend his complaint (Docs. 49 & 53).  In the Report and Recommendation, the Magistrate Judge recommends that plaintiff's motions should be denied because they fail to clarify any connection of the alleged actions of Sergeant Bare, C.O. Parish, C.O. John Doe, and the John Doe nurses in April and May 2016, to the alleged actions of the named defendants that occurred six months earlier.

    Plaintiff filed an objection (Doc. 57), which fails to meaningfully respond to the Report and Recommendation of the Magistrate Judge, and fails to demonstrate that the conclusions and recommendation are factually or legally erroneous.

      As required by 28 U.S.C. § 636(b)(1)(C) and Federal Rule of Civil Procedure 72(b), the Court has conducted a de novo review of the record in this case.  Upon such review, the Court finds that plaintiff's objection to the Report and Recommendation is **overruled**.  The Report is **adopted** in full.  Plaintiff's fifth and sixth motions for leave to amend his complaint (Docs 49 & 53) are **denied**.  To the extend that plaintiff invokes "retaliation" as the link that connects the alleged actions in April and May 2016 to those alleged to have occurred six months earlier, plaintiff has not provided any facts to support a retaliation claim other than his "naked assertion" that the alleged actions in April and May 2016 were retaliatory in nature.

  This Court certifies that pursuant to 28 U.S.C. § 1915(a)(3) an appeal of this Order would not be taken in good faith, and therefore **denies** plaintiff leave to appeal *in forma pauperis*. See <u>McGore v Wrigglesworth</u>, 114 F.3d 601 (6th Cir. 1997).

  **SO ORDERED**.


Date: November 8, 2016             s/Sandra S. Beckwith
                       Sandra S. Beckwith, Senior Judge
                       United States District Court